JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN ROLANDO HERNANDEZ AGUILAR,<br><br>Petitioner,<br><br>v.<br><br>DARIUS J. KIRKSEY, DHS/ICE Supervisor Ventura Sub-Office,<br><br>Respondent. | NO. CV 24-10826-ODW (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is dismissed for lack of jurisdiction.

DATED: December 19, 2024

_____
OTIS D. WRIGHT, II
United States District Judge